UNITED STATES of America,
Plaintiff—Appellee,

v.

Andres DELGADO, Defendant—
Appellant.

No. 01–50511.

D.C. No. CR–01–00563–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM**

Andres Delgado appeals his 12–month sentence following his guilty plea to one count of importing marijuana. His argument challenging the constitutionality of 21 U.S.C. §§ 952 and 960 is foreclosed by *United States v. Varela–Rivera*, 279 F.3d 1174, 1175 n. 1 (9th Cir.2002) and *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.2002). This court has recently reject-

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

ed his claim that the government was required to prove that he knew the quantity and type of the drugs involved in the offense. *United States v. Carranza,* 289 F.3d 634 (9th Cir.2002). Accordingly, the judgment and sentence are

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Circuit Rule 36–3.